UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Krista Cooper,

          Plaintiff,

                                **ORDER**
v.                                Civil File No. 11-318 (MJD/SER)

S and H, Inc.,

          Defendant.

---

Michelle Dye Neuman, Brian T. Rochel, and Joni M. Thome, Halunen & Associates, Counsel for Plaintiff.

Adam B. Klarfeld and Andrew E. Tanick, Ford & Harrison LLP, Counsel for Defendant.

---

      This matter is before the Court on Plaintiff's Motion for Remand to State Court. [Docket No. 6]. Oral Argument was heard on Friday, June 17, 2011, and the Court orally issued its ruling. The Court, finding that Defendant has not met its burden to show that the amount in controversy in this matter exceeds $75,000, exclusive of interest and costs, will remand this case to Anoka County District Court.

2

In accordance with the Court's oral ruling, and based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    Plaintiff's Motion for Remand to State Court [Docket No. 6] is **GRANTED.**

Date:  June 17, 2011                                         s/ Michael J. Davis
                                                                             Michael J. Davis
                                                                             Chief Judge
                                                                             United States District Court